(April 4, 1985)

CORINNO CIVETTA CONSTRUCTION CORP., Respondent, v J. BARANELLO & SONS et al., Appellants.

Concur — Kupferman, J. P., Ross, Lynch, Kassal and Rosenberger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX PINTO, Appellant.

Concur — Kupferman, J. P., Ross, Lynch, Kassal and Rosenberger, JJ.